**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| **Angel Polivio Macas-Vera,**<br>**Petitioner,**<br>**v.**<br>**David Wesling, et al.,**<br>**Respondents.** | **Civil Action No. 26-13603-NMG** |

**ORDER**

**GORTON, J.**

This case arises from the petition for writ of habeas corpus (Docket No. 1) of petitioner Angel Polivio Macas-Vera ("Macas-Vera"). He contends that he is being unlawfully detained by David Wesling and other named respondents.

For the reasons set forth in Celestin v. Wesling, No. 26-cv-11249, 2026 WL 1031165 (D. Mass. Apr. 16, 2026), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**. The Court directs that Macas-Vera is to be released unless he is afforded a bond hearing that complies with the standards in Hernandez-

Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: August 19, 2026