UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-13603-NMG

Petitioner

Angel Polivio Macas-Vera

v.

Respondent

David Wesling et al

**Order of Dismissal**

GORTON, D.J.

In accordance with the Staus Report entered on August 27, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

August 28, 2026